## SILAS COBB v. STATE OF NEBRASKA.

FILED MAY 15, 1894.    No. 5291.

ERROR to the district court for Douglas county.    Tried below before SCOTT, J.

*Charles Offutt, Lee S. Estelle,* and *W. D. McHugh,* for plaintiff in error.

*George H. Hastings, Attorney General,* for the state.

POST, J.

The questions presented by this case being in all respects identical with the case of *Clair v. State,* 40 Neb., 534, it is for reasons therein stated

REVERSED AND REMANDED.